## Lillian L. Robinson, Appellee, v. Peoples Gas Light and Coke Company, Appellant.

### Gen. No. 43,031.

Heard in the third division, first district, this court at the April term, 1944; opinion filed December 20, 1945; opinion modified and rehearing denied January 17, 1946; released for publication January 18, 1946. Miller, Gorham, Wescott & Adams, for appellant; Herbert C. DeYoung, of counsel; John P. McGoorty, Jr., for appellee. Opinion by JUSTICE LEWE. Not to be published in full.